IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AARON DOYLE,

    Plaintiff,

vs.

WILLIAM GONZALES, et al.,

    Defendants.

NO. MISC. S-11-0066 GEB GGH

ORDER

On July 20, 2011, plaintiff filed and served a motion to quash subpoena, and requested a hearing date.

Accordingly, IT IS ORDERED that:

1. Hearing on the motion to quash and/or protective order, filed July 20, 2011, is set for August 18, 2011 at 10:00 a.m. in Courtroom 9 before the undersigned.

2. Defendants shall file an opposition fourteen days prior to the hearing.

3. A reply may be filed seven days prior to the hearing.

DATED: July 25, 2011

    /s/ Gregory G. Hollows
    UNITED STATES MAGISTRATE JUDGE

GGH:076:Doyle0066.brf.wpd