IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AARON DOYLE,

    Plaintiff,　　　　　　　　　　　NO. MISC. S-11-0066 GEB GGH

vs.

WILLIAM GONZALES, et al.,

    Defendants.　　　　　　　　　　<u>SUMMARY ORDER</u>

        Previously pending on this court's law and motion calendar for August 25, 2011, was plaintiff's motion to quash subpoena duces tecum and/or protective order, and defendants' motion to compel compliance with subpoena duces tecum. Joseph Rose appeared for plaintiffs. Jerry Moberg and Garth Dano appeared for defendants. After reviewing the briefing in support of and in opposition to the motion and hearing oral argument, the court now issues the following summary order.[1]

        For the reasons stated at hearing, IT IS ORDERED that:

        1. Plaintiffs' motion to quash subpoena and/or for protective order, filed July 20, 2011, (dkt. no. 1), is denied;

---

[1] A more explanatory order will be issued at a later date.

1

1        2.  Defendants' motion to compel compliance with subpoena duces tecum, filed August 8, 2011 (dkt. no. 18), is granted.

2        3.  Heather Foster, Clerk/Recorder of Sierra County, shall produce the documents described in the subpoena duces tecum served on her on July 8, 2011, to defense counsel in this case, which shall be produced for attorney's eyes only, until further order of this court or the court in which this case is pending.  This paragraph is intended to permit the parties to present a stipulated protective order to the district court in which this case is pending prior to any further use of the documents.

3        4.  The Clerk of the Court shall serve a copy of this order on Heather Foster, Clerk/Recorder of Sierra County, California.

DATED: August 25, 2011

       /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:076/Doyle0066.mtq.wpd