Joseph W. Rose (SBN 232261)
**ROSE LAW FIRM, P.C.**
11335 Gold Express Dr., Ste. 135
Gold River, CA 95670
Telephone:   (916) 273-1260
Facsimile:    (916) 290-0148
joe@joeroselaw.com

Garth L. Dano (WSAB 11226)
**DANO ♦ GILBERT**
100 E. Broadway Ave.
P.O. Box 2149
Moses Lake, WA 98837
Telephone:  (509) 764-8426
Facsimile:   (509) 766-7764
garthdano@yahoo.com

Attorneys for Plaintiff
AARON DOYLE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AARON DOYLE, | CASE NO.: 2:11-MC-00066-GEB-GGH |
| Plaintiff, | (CASE NO.: CV-10-0030-EFS)<br>(Eastern District of Washington) |
| v. | **ORDER GRANTING REQUEST TO SEAL DOCUMENTS** |
| WILLIAM GONZALES; DAN W. DOPPS; SCOTT D. JONES; and the CITY OF QUINCY, WASHINGTON, | Date :  August 18, 2011<br>Time:   10:00 a.m.<br>Dept:   Courtroom 9 |
| Defendants. | Judge:   Hon. Gregory G. Hollows |

**TO:    ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Before the Court is plaintiff's Request to Seal Documents pertaining to Exhibits B, K, L, and M as attached to the Declaration of Garth Dano in Support of Plaintiff's Motion to Quash Subpoena. After considering this request, along with the response and replies, if any, and all

evidence presented by the parties, the Court finds good cause to seal these documents attached to the Declaration of Garth Dano because they relate directly to documents that are presently under seal in Sierra County Superior Court.  Although only one of the documents is under seal in the United States District Court, Eastern District of Washington, the court finds for purposes of discovery, and discovery only, that the sealing of all four documents is appropriate *in this court*. This order has no bearing on the sealing of these documents for any other purpose in this litigation *nor does it purport to require any other court to retain these documents under seal*.

IT IS SO ORDERED.

Signed this 25th day of August 2011

/s/  Gregory G. Hollows
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ROSE LAW FIRM, P.C.
11335 GOLD EXPRESS DRIVE, SUITE 135
GOLD RIVER, CALIFORNIA 95670
(916) 273-1260

-2-
**[PROPOSED] ORDER GRANTING REQUEST TO SEAL DOCUMENTS
CASE NO. MC-00066-GEB-GGH**